COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE COMMITMENT OF | § | No. 08-25-00042-CV |
| WILLIE ANTHONY WEBB. | § | Appeal from the |
| | § | 226th District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2023CI13713) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be reinstated and dismissed for want of prosecution. We therefore reinstate the appeal and dismiss the appeal for want of prosecution. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED this 11th day of April 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.